

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2023

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC** ("Rocksprings"),
Appellant

v.

Jackie **CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
Roland Andrade, Judge Presiding

## O R D E R

The court reporter's notification of late record, filed on December 27, 2022, is NOTED. We ORDER the court reporter to file the reporter's record no later than January 25, 2023. *See* TEX. R. APP. P. 35.3(c) (providing each extension to deadline to file record may not exceed thirty days in ordinary or restricted appeals). No further extension of the deadline to file the reporter's record will be allowed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court